WICENTY DZIKOWSKI, as Administrator, etc., of CASIMER DZIKOWSKI, Sometimes Known as CHARLES JACKSON, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, and Another.— Order unanimously affirmed, with costs against the appellant. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

## FOURTH DEPARTMENT, JANUARY, 1929.*

JESSIE HANES, Appellant, v. HARVEY HANES, Respondent.— Order affirmed, without costs of this appeal to either party. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARTIN FELDBERG and Others, Appellants, v. JAMES W. HIGGINS, as Commissioner of Police of the City of Buffalo, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WILLIAM S. GREEN and Another, Appellants, v. BERT EDWARDS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROLAND J. DAVIS, an Infant, etc., Respondent, v. VILLAGE OF MEXICO, Appellant.— Order affirmed, with ten dollars costs and disbursements. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BERTHA MINOWITZ, Respondent, v. OCEAN ACCIDENT & GUARANTEE CORPORATION, LIMITED, Appellant.†— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JACOB MINOWITZ, Respondent, v. OCEAN ACCIDENT & GUARANTEE CORPORATION, LIMITED, Appellant.†— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

IDA ROSENBERG, Respondent, v. OCEAN ACCIDENT & GUARANTEE CORPORATION, LIMITED, Appellant.†— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ISADORE ROSENBERG, Respondent, v. OCEAN ACCIDENT & GUARANTEE CORPORATION, LIMITED, Appellant.†— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDWARD KAZEL, an Infant, etc., Respondent, v. JOHN JULIAN, Appellant.— Judgment and order reversed on the facts, and a new trial granted, with costs to appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.